IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SEAN BUTLER,

      Petitioner,

     v.                           1:26CV560

SHERIFF DANNY ROGERS,

      Respondent.

## ORDER AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The petitioner, a pretrial detainee in Guilford County, North Carolina, submitted a petition under 28 U.S.C. § 2241 for a writ of habeas corpus by a person in state custody. For the following reasons, the Petition cannot be further processed.

First, the filing fee was not received, nor was a separate affidavit to proceed *in forma pauperis* submitted and signed by the petitioner.

Second, the petitioner did not use the required § 2241 Forms. Rule 2, R. Gov. § 2254 Cases. The petitioner also does not include in his submission the information the forms request, that is necessary to process the Petition. The Clerk will forward to the petitioner the proper forms.

Third and finally, it is not clear whether or not the petitioner sought relief by raising his claims in the state courts. The petitioner must exhaust his state court remedies as to the claims he raises. Such exhaustion is required under § 2241 just

as it is for filing a petition under 28 U.S.C. § 2254. *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 489–92 (1973).

Because of these pleading failures, the Petition should be filed and then dismissed, without prejudice to the petitioner filing a new petition on the proper habeas corpus forms with the $5.00 filing fee, or a completed application to proceed *in forma pauperis*, and otherwise correcting the defects noted. To further aid the petitioner, the Clerk is instructed to send the petitioner a new application to proceed *in forma pauperis*, new § 2241 forms, and instructions for filing a § 2241 petition, which the petitioner should follow.

**IT IS THEREFORE ORDERED** that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send the petitioner § 2241 forms, instructions, and a current application to proceed *in forma pauperis*.

**IT IS RECOMMENDED** that this action be filed, but then dismissed *sua sponte* without prejudice to the petitioner filing a new petition or action which corrects the defects of the current Petition.

This, the 8th day of July, 2026.

_____
JoAnna Gibson McFadden
United States Magistrate Judge

2